1  Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
3  Las Vegas, Nevada  89101
   (702) 727-1400; FAX (702) 727-1401
4  chad.butterfield@wilsonelser.com
   *Attorneys for Defendant*
5  *AMERICAN HONDA FINANCE CORPORATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEANNIE KIHM | Case No.:  2:17-CV-01715-RFB-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| AMERICAN HONDA FINANCE CORP.; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | **(First Request)** |

Defendant, AMERICAN HONDA FINANCE CORPORATION (hereinafter "AHFC"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, GREGORY P. ROMBOLETTI, by and through his counsel of record, DAVID H. KRIEGER, ESQ. of the law firm HAINES & KRIEGER, LLC hereby stipulate and agree to extend the deadline for filing a responsive pleading to July 31, 2017.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension, as counsel for AHFC has only recently been retained to represent AHFC in this matter and has only recently obtained the relevant file materials and information necessary to respond to the allegations set forth in the Complaint.  Furthermore, counsel for Defendant is currently out of the office until July 25, 2017 and will have limited availability to access the file materials.  Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

///

1

1173719V.1

1     This is the parties' first request for extension of the deadline.

2     DATED this 17th day of July, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

 */s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant American Honda Finance Corporation*

DATED this 17th day of July, 2017.

**HAINES & KRIEGER, LLC**

 */s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9806
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorney for Plaintiff Jeannie Kihm*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this _ July 18 _____, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

2

1173719V.1