David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*
*JEANNIE KIHM*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JEANNIE KIHM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORP.; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | **Case No. 2:17-cv-01715-RFB-CWH**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO AMERICAN HONDA FINANCE CORP.** |

　　　Plaintiff JEANNIE KIHM and Defendant AMERICAN HONDA FINANCE CORP hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

…

…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, **<u>AMERICAN HONDA FINANCE CORP</u>**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: January 31, 2018

By:
/s/*David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*
*Jeannie Kihm*

By:
/s/*Chad C. Butterfield, Esq.*
Chad C. Butterfield, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
chad.butterfield@wilsonelser.com

*Attorney for Defendant*
*American Honda Finance Corp.*

## **<u>ORDER</u>**

IT IS SO ORDERED



_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 1st day of February, 2018.